IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HENRY MCCULLEY, pro se,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL NO. 12-0359-CG-C |
| | ) |
| **COUNTRYWIDE HOME LOANS, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order entered on this date, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendants Bank of America, N.A.,[1] CWALT, Inc., CWALT, Inc. Alternative Loan Trust 2007-21CB, The Bank of New York, and Mortgage Electronic Registration Systems, and against plaintiff, Henry McCulley. Therefore, plaintiff's claims against said defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 21 day of June 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Bank of America, N.A. is the successor by merger to BAC Home Loans Servicing, L.P., F/K/A Countrywide Home Loans Servicing, LP (incorrectly named as "Countrywide Home Loans, Inc.").